**FILED**

FEB 13 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

GOOGLE Adwords accounts that are stored at premises owned, maintained, controlled, or operated by the following: GOOGLE an internet company located at 1600 Amphitheater Parkway, Mountain View, CA 94043, more particularly described in "Attachment A", attached hereto and fully incorporated herein.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

Case Number: 2:14-SW-89 CKD

I, __Dustin Warner__, being duly sworn depose and say:

I am a (n) __U. S. Postal Inspector__ and have reason to believe that:
☐ on the person of or ☒ on the property or premises know as (name, description and/or location)

**See Attachment A, attached and incorporated herein**

in the __Northern__ District of __California__

there is now concealed a certain person or property, namely (describe the person or property to be seized)

**See Attachment B, attached and incorporated herein**

which is (state one or more bases for search set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

**evidence of, fruits of, instrumentalities, and property designed for use, intended for use and used in committing crimes**

concerning a violation of Title __18__ United States code, Section (s) __1344(2), 1343, and__ 1028A.

The facts to support a finding of probable cause are as follows: **See Attached Affidavit**
Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Affiant
DUSTIN WARNER, Postal Inspector

Sworn to before me and subscribed in my presence,

__2/13/2014__   at   __Sacramento, California__
Date                     City and State

HON CAROLYN DELANEY
U.S. Magistrate Judge
Name and Title of Judge

Signature of Judge

# ATTACHMENT A

## Property to Be Searched

All information stored at the premises owned, maintained, controlled, and or operated by GOOGLE, including Google Adwords, an internet company located at 1600 Amphitheater Parkway, Mountain View, CA 94043.

**ATTACHMENT B**

**Information to be searched for and seized includes the following.**

1. All records and other information, including all files, databases, and database records stored by GOOGLE, including deleted recovered information, relating for all Google Adwords accounts (the "Accounts") associated with the following:

    a. Website domains: www.1800iflowers.com, fromyoufiowers.com, ibloomstoday.com, iflora2000.com, iflowersusa.com, iproflowers.com, justfiowers.com, telefiora.com, usafiorist.com, and usafloweronline.com, greencabusa.info, greentaxiusa.info, metrocabusa.info, towncabservices.info, yellowcabusa.info, igeneral.info, autogeneral.info, egeneral.info, ogeneral.info, and usageneral.info.

    b. Names: Yasir Mehmood, Burak O., Megan B., Harry V., Scott B., Elizabeth S., Quynh N., Kristen W., Jane P., Justin C.

    c. Access device numbers:  ending 4001, 6149, 7702, 2915, 4189, 6762

    d. Email addresses: khan786002@yahoo.com, burak.ozyigit@yahoo.com, dell555xps1000@yahoo.com, dell555xps1002@yahoo.com, dell555xps1003@yahoo.com, dell555xps1006@yahoo.com, dell555xps1010@yahoo.com, ifreedeliveryflowers@yahoo.com, rajaranipkusa@yahoo.com, ifloraa@yahoo.com,

    e. Physical addresses: PO Box 237, Sacramento, CA and PO BOX 5064, Oakland, CA

    f. IP address 98.208.26.9

    g. Telephone numbers (510) 239-6191 and (415) 525-0334

2. All records and other information that identifies individuals associated with the Accounts, including names, addresses, telephone numbers, e-mail addresses, business information, web-address for the website to be advertised,  the length of service (including start date), customer location information (such as IP address or GPS coordinates), means of interfacing with GOOGLE, means and source of payment for services (including any credit card or bank account number), and information about any online advertising services purchased.

3. All records and other information pertaining to the types or terms of service relating to the Accounts' including but not limited to search word and key word information for the online ads, financial parameters for the online ads, and geographical parameters for the online ads, and all websites associated with the Accounts.

4. All records and other information relating to the results of the advertising associated with the Accounts. Such information may include, but is not limited to, performance results, information on clicks and impressions, and conversion tracking information.

5. All records and other information relating to actions take to identify or investigate fraud and/or suspected fraud relating to the Accounts.

6. All communications between GOOGLE and any person relating to the Accounts. Such records and communications shall include identifiers, contacts, support services and records of any and all actions taken.

The United States is authorized and shall in executing this warrant provide Google complete victim names and access device numbers and related information, all to facilitate execution of this authorized search.

Attachment B                                                                                                                      2

AFFIDAVIT

I, Dustin Warner, being duly sworn, depose and state the following.

1.      I am a Postal Inspector and have been so employed since February 2012. Currently, I am assigned to the San Francisco Division of the United States Postal Inspection Service (USPIS), and I work out of the Sacramento office.  During my tenure I have completed training at the United States Postal Inspection Service Academy in Potomac, MD.

2.      As a part of my official duties, it is my responsibility to investigate violations of federal and state law, including robbery and burglary of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, mail and bank fraud, use of internet and email services to facilitate fraudulent activity, credit card fraud, identity theft and/or counterfeit personal checks and identifications.

3.      As an Inspector with the USPIS, I have participated in numerous criminal investigations relating to theft of U.S. Mail, counterfeit corporate checks, and possession of stolen U.S. Mail, counterfeit personal checks, bank fraud, identity theft and counterfeit identifications.

4.      The facts and conclusions in this affidavit are based on my personal knowledge gained from my participation in this investigation, my training and experience, and information gained from other Inspectors, Agents, local law enforcement, and field contacts and reports.  Since this affidavit is submitted for the limited purpose of obtaining a search warrant, I have not included all of the facts of which I am aware in this investigation.

5.      This affidavit is submitted in support of an Application for a search warrant for information associated with certain GOOGLE Adwords accounts that are stored at premises owned, maintained, controlled, or operated by the following: GOOGLE an internet company located at 1600 Amphitheater Parkway, Mountain View, CA 94043, more particularly described in "Attachment A", attached hereto and fully incorporated herein.  The warrant is for the items set forth in Attachment B hereto (which Attachment B is fully incorporated herein).  The items set forth in Attachment B constitute evidence, fruit, and instrumentalities of violations of 18 USC § 1344(2) (bank fraud), 18 USC § 1343 (wire fraud), and 18 USC § 1028A (aggravated identity theft).  This affidavit is made in support of an application for a search warrant under 18 USC §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require GOOGLE (a remote computing service engaged in, among other things, providing public processing services by means of an electronic communications system) to disclose to the United States all records data, and other information (including content of communications) pertaining to the information described in Attachment B.

6.      On or about 2/22/2011, victim Megan B. made an online purchase at sunglasscity.com using her American Express card (ending 4001).  Similarly, in 2011 victims Harry V. using card (ending 6149), Scott B. using card (ending 7702), and Elizabeth S. using card (ending 2915) purchased sunglasses through sunglasscity.com.

Victim Burak O. also reported he used his card (ending 6896) in an attempt to purchase sunglasses at sunglasscity.com. Your affiant is aware that Sunglass City is a business that operates a physical store in San Anselmo, CA as well as an interstate online store located at sunglasscity.com.

7.      On or about 6/1/2011, Sunglass City hired an individual later identified as Yasir Mehmood (hereafter "Defendant Mehmood"), currently charged in case number 2:12-CR-154-JAM, to repair computers at their store and a sister store. The Sunglass City co-owner at the time, victim Quynh N., stated that as part of the computer repair Defendant Mehmood was provided with the login and password to ensure Sunglass City's computers could remotely access their internet customer database.

8.      From about 9/27/2011 to 1/22/2012, at least three IP addresses (including 98.208.26.9), known to be used by Defendant Mehmood, remotely logged into Sunglass City's customer database and accessed without authorization hundreds of customer orders, each containing customer name, address, email address, phone number, credit/debit card number and credit/debit card security codes. Victim Megan B.'s, Harry V.'s, Scott B.'s, Elizabeth S.'s, and Burak O.'s Sunglass City customer information was later located on computers seized on 4/3/2012 (pursuant to a federal search warrant) from Defendant Mehmood's residence. In addition, evidence was recovered indicating Defendant Mehmood had taken over victim Scott B.'s Wells Fargo Bank account.

9.      On or about 10/13/2011, numerous domain names (websites), including www.iflora2000.com, were purchased through 1&1 Internet in the name of victim Megan B. From about 10/13/2011 through about 2/25/2012, additional website domains were purchased, without authorization, in the name of Sunglass City victims Greg St J. (aka Greg J.), Megan B., and Elizabeth S., including: fromyouflowers.com, ibloomstoday.com, iflowersusa.com, iproflowers.com, justflowers.com, telefiora.com, usafiorist.com, usafloweronline.com, greencabusa.info, greentaxiusa.info, metrocabusa.info, towncabservices.info, yellowcabusa.info, igeneral.info, autogeneral.info, egeneral.info, ogeneral.info, and usageneral.info.
Your affiant is aware that 1&1 Internet is a company that offers domain registration, website hosting, and other services. According to 1&1 Internet records, victim Megan B.'s true name, address and American Express card (ending 4001) were used to purchase and register nine domains. 1&1 Internet records show an email address used by Defendant Mehmood (dell555xps1000@yahoo.com) was used to make the purchase and registration of the domains in victim Megan B.'s name and that the purchase was made from an IP address (98.208.26.9) associated with Defendant Mehmood. Victim Megan B. stated she did not purchase any websites with 1&1 Internet and further confirmed her American Express card (ending 4001) was fraudulently used to pay for the registration of the websites.

10.     On or about 10/27/2011, Defendant Mehmood, using his true name, opened a Bluehost account to host web sites for certain and other domains he registered. Defendant Mehmood used phone number 510 239 6191, assigned to a phone seized pursuant to the federal search of Defendant Mehmood's residence, to open the account. Bluehost records show an email address used by Defendant Mehmood (dell555xps1000@yahoo.com) and an IP address 98.208.26.9, previously associated with

Defendant Mehmood, were used to open the Bluehost account. Defendant Mehmood purchased the Bluehost web hosting services using without authorization victim Harry V.'s Visa card (ending 6149). The Bluehost services Mehmood purchased included the ability for Mehmood to put the websites/domain names, including www.iflora2000.com, which he purchased (via victim Megan B.) and other other website/domain names he acquired onto the internet thereby making such sites/domains accessible to the public. Specifically, on or about 11/1/2011, www.iflora2000.com was added to Defendant Mehmood's Bluehost website hosting account and, on or about 10/30/2011, www.1800iflowers.com was added to Defendant Mehmood's Bluehost website hosting account.

11.     On or about 11/9/2011, victim Kristin W. attempted to order flowers from one of Mehmood's websites/domains hosted by Bluehost. At the time, she provided her Wells Fargo Bank credit card (ending 4196). Later, on 11/9/2011, victim Kristin W. received an email confirmation purportedly from www.1800iflowers.com but actually from ifreedeliveryflowers@yahoo.com. Thereafter, also on 11/9/2011, victim Kristin W. received another email purportedly from www.1800iflowers.com but actually from ifreedeliveryflowers@yahoo.com cancelling her order and indicating her credit card will not be charged. On 2/1/2012, Kristin W.'s credit card (ending 4196) was charged with the indication "IFLORA2000 415-5250334 CA". As previously stated, iflora2000 is a website/domain purchased by Mehmood with victim Megan B.'s credit card (ending 4001). The number 415 525 0334 is indicated on the iflora2000 website "Contact Us" page. Also, the number 415 525 0334 is listed as a contact in the aforementioned phone, assigned number 510 239 6191, seized pursuant to the federal search of Defendant Mehmood's residence. Law enforcement determined the phone utilizing number 510 239 6191 contained multiple "selfies" of Defendant Mehmood. On 3/17/2012, victim Kristin W.'s credit card (ending 4196) was again charged with the indication "USPS CHANGE OF66100959 800-2383150 TN" for a change of address submission. Victim Kristin W.'s address was fraudulently changed, forwarding her mail to PO Box 5064, Oakland, CA, a box rented and controlled by Defendant Mehmood. An item of victim Kristen W.'s fraudulently forwarded mail, an opened letter from Wells Fargo Bank containing victim Kristen W.'s replacement credit card, was seized in Defendant Mehmood's residence pursuant to the 4/3/2012 federal search.

12.     On or about 11/9/2011, victim Jane P. attempted to order flowers from one of Mehmood's websites/domains hosted by Bluehost using her Wells Fargo Bank credit card (ending 4189). Later, on 11/9/2011, victim Jane P. received an email cancellation indicating her credit card (ending 4189) was not accepted. Victim Jane P. then went back to Defendant Mehmood's website hosted at Bluehost and provided another credit card (ending 6762) to purchase the flowers. Victim Jane P. shortly thereafter received an email indicating delivery to Washington DC was not available and that her credit card would not be charged. On 2/1/2012, victim Jane P.'s Wells Fargo Bank credit card (ending 4189) was charged with the indication "IFLORA2000 415-5250334 CA".

13.     Law enforcement review of the computers seized on 4/3/2012 from Defendant Mehmood's residence pursuant to the federal search warrant recovered numerous victim profiles. The profiles were in text file format with name, address, email, phone, credit card number, and credit card security code. Many profiles contained notations regarding

the victims' information. The profiles also contained notations indicating unauthorized transactions and emails created in furtherance of the unauthorized use of victim information. A profile for victim Megan B. was found on the computers seized from Defendant Mehmood's residence. On the profile, the word "google" is written. In addition, the following internet search engines were written: "yahoo+bing+msn". A rate is also indicated as "50/day". As part of the investigation, law enforcement reviewed American Express statements for victim Megan B. One American Express statement shows a $100.00 charge on 11/7/2011 from "GOOGLE INC." for "ADWORDS ADVERTISING". Victim Megan B. confirmed to law enforcement that she did not authorize and/or conduct the 11/7/2011 transaction.

14. Law enforcement has spoken to a GOOGLE representative. The representative confirmed that a Google Adwords account was created for the website WWW.IFLORA2000.COM (the website Defendant Mehmood purchased using without authorization the American Express card ending 4001 of victim Megan B.). The GOOGLE representative advised that the WWW.IFLORA2000.COM Google Adwords account was opened in the name of victim Burak O. using a Visa credit card (ending 6896). The representative stated that khan786002@yahoo.com is an email associated with the account.

15. As previously stated, Burak O.'s Sunglass City customer information was located on computers seized on 4/3/2012 pursuant to a federal search warrant for Defendant Mehmood's residence. On the profile for victim Burak O. (on the computers seized from Defendant Mehmood's residence), the true Visa credit card number for Burak O. (ending 6896) is written and, among other notations, an email address is indicated: burak.ozyigit@yahoo.com.

16. Your affiant is aware that law enforcement spoke to victim Burak O. who advised that although the Visa credit card (ending 6896) was his credit card, he never opened a Google Adwords account, and does not recognize or use the email addresses khan786002@yahoo.com and or burak.ozyigit@yahoo.com.

17. From my participation in this investigation, my conversations with other law enforcement personnel with whom I have discussed this case, and from my training and experience and common sense, law enforcement has identified -- including based on review of seized computers and evidence from Defendant Mehmood's residence, fraudulent transactions and attempted transactions on victim bank, credit, and debit accounts, internet accounts associated with Defendant Mehmood, telephone and cellular records associated with Defendant Mehmood -- the following Yahoo email accounts utilized in furtherance of the unauthorized use of victim Megan B.'s American Express credit card account (ending 4001): rajaranipkusa@yahoo.com, dell555xps1000@yahoo.com, dell555xps1002@yahoo.com, dell555xps1003@yahoo.com, dell555xps1006@yahoo.com.

18. Based on my participation in this investigation, my conversations with other law enforcement personnel with whom I have discussed this case, and based on my training and experience and common sense, I am aware that Square Inc. provides debit and credit

card processing services. Individuals and/or merchants possessing a Square Inc. account may charge access devices for goods and/or services.

19.   Between on or about 10/2011 and 12/2011, victim Justin C. responded to a Craigslist ad by Defendant Mehmood soliciting a automotive mechanic. During this period of time and into 2012, Justin C. was hired by Defendant Mehmood to perform automotive repairs. Defendant Mehmood also offered to repair Justin C.'s computer, which contained personal identification and financial information belonging to Justin C.

20.   Thereafter, at least two accounts (unauthorized by Justin C.) were opened at Square Inc. utilizing Justin C.'s name, social security number, and date of birth. The first Square Inc. account had an account name "iflora2000" and listed an email address of dell555xps1010@yahoo.com. The second Square Inc. account had an account name Justin C. and listed an email address of ifloraa@yahoo.com. Both of the Square Inc. accounts listed a physical address of "PO Box 237, Sacramento, CA." This Post Office box, PO Box 237, was rented and controlled by Defendant Mehmood. Law enforcement review of Square Inc. and Kristen W. records shows a fraudulent transaction attempted on victim Kristen W.'s credit card (ending 4196) utilizing the second Square Inc. account opened in Justin C.'s name.

21.   Based on my participation in this investigation, my conversations with other law enforcement personnel with whom I have discussed this case, and based on my training and experience and common sense, I am aware Google provides a web search engine. A web search engine is a software system that is designed to search for information on the World Wide Web. The search results are generally presented to internet users in the form of a list of websites displayed on the user's computer screen (or mobile device screen).

22.   Based on my participation in this investigation, my conversations with other law enforcement personnel with whom I have discussed this case, and based on my training and experience and common sense, I am aware that Google also offers an online advertising service called Google Adwords. Google Adwords is an online advertising service that places advertisements at the top of, bottom of, or adjacent to, the list of results Google displays on the user's computer screen (or mobile device screen) for a particular search. The choice and placement of the ads is based in part on a proprietary determination of the relevance of the search to the ads and in part to the amount of money paid by the advertiser to Google.

23.   In order for an individual or entity to open an account with Google Adwords, an individual/entity may contact Google online. Although Google Adwords does accept business by telephone, the majority of accounts are opened online.

24.   Online advertising services like Google Adwords acquire from customers certain personal identifying information and billing information when registering for an account. This information can include the customer's full name, email address, the web-address for the website to be advertised with Google Adwords, telephone number, credit card information, GPS, IP address, and other information.

25. Online advertising services like Google Adwords retain certain customer records and information, which may include: records of the length of service (including start date), types of services utilized, billing information, customer location information (such as IP address or GPS coordinates), search word and key word information for the online ads purchased by the customer, financial parameters for the online ads purchased by the customer, geographical parameters for the online ads purchased by the customer, and communications with the customer such as emails, phone calls/recordings, and logs relating to such communications.

26. Google Adwords stores for use by individuals and entities, and for billing, information about how ads are performing. Online advertising services like Google Adwords, store such information about advertising results, information about clicks and impressions, conversion tracking information (i.e. how many users are arriving at a particular webpage by way of an online ad and what the results are of such visits), and other results-related information.

27. Online advertising services commonly develop processes and acquire records to identity fraud and/or respond to incidences of fraud or suspected fraud relating to online advertising services (and/or the purchase thereof). Online advertising services like Google Adwords store reports, gather information, or make certain account notations relating to such identified or suspected fraud.

28. In some cases, a customer will communicate directly with an online advertising service like Google Adwords about issues relating to an account, such as technical problems, billing inquiries, questions and/or complaints. Online advertising service like Google Adwords retain records of such communications.

29. Based on my participation in this investigation, my conversations with other law enforcement personnel with whom I have discussed this case, and based on my training and experience and common sense, persons using remote computing services -- and other internet services, such as advertising, -- of businesses (like Google) processing electronic communications often communicate directly about issues relating to accounts, such as technical problems, billing inquiries, or complaints from other users. Such service providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications. Law enforcement has confirmed with Google that its records, data, and account information is stored and retained "indefinitely".

30. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 USC §§ 2711; 18 USC §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, this Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 USC § 2711(3)(A)(i). This warrant is submitted under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), to require Google, an internet company, to disclose to the United States copies of records and all other information (including the content of communications), described herein and in Attachment B, fully incorporated herein.

31. I am aware that Google, in order to comply with this warrant, must utilize victims' last names and complete access device numbers to search its records and data. By issuing this search warrant, this Court thereby directs the undersigned, and other federal agents assisting in this investigation, to provide Google complete victim last names and complete access device numbers to facilitate execution of the search for items described in Attachment B.

32. For the reasons stated above, there is probable cause to believe that evidence, fruits, contraband, and instrumentalities, as more fully described in Attachment B to the Search Warrant and Application for Search Warrant, hereby fully incorporated herein, of violations of 18 USC § 1344(2) (bank fraud), 18 USC § 1343 (wire fraud), and 18 USC § 1028A (aggravated identity theft) may be found at the following: premises owned, maintained, controlled, or operated by GOOGLE, an internet company located at 1600 Amphitheater Parkway, Mountain View, CA 94043 and Google Adwords, more particularly described in "Attachment A."

Dustin Warner
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to before me
This 13th day of February 2014.

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Approved:

Michelle Rodriguez
Jeffrey A. Spivak
Assistant United States Attorneys

AO 93 (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

GOOGLE Adwords accounts that are stored at premises owned, maintained, controlled, or operated by the following: GOOGLE an internet company located at 1600 Amphitheater Parkway, Mountain View, CA 94043, more particularly described in "Attachment A", attached hereto and fully incorporated herein.

**SEARCH WARRANT**

Case Number: 2:14-SW-_____ CKD

To: **Dustin Warner, U.S. Postal Inspector** and any Authorized Officer of the United States.

Affidavit(s) having been made before me by **Dustin Warner, U.S. Postal Inspector** who has reason to
                                                            Affiant
believe that ☐ on the person of, or ☒ on the premises known as (name, description and/or location)
**See Attachment A, attached hereto and fully incorporated herein**

in the ____Northern____ District of ____California____ there is now concealed
a certain person or property, namely (describe the person or property)

**See Attachment B, attached hereto and fully incorporated herein**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED TO SEARCH ON OR BEFORE  2/27/2014
                                                                                    Date

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ in the daytime -- 6:00 A.M. to 10:00 P.M. ☐ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken and prepare a written inventory of the person or property seized and promptly return this warrant to
**HON. CAROLYN DELANEY** or other U.S. Magistrate Judge (Rule 41(f)(f4)), as required by law.

2/13/2014  3:00 pm         at     **Sacramento, California**
Date and Time Issued                      City and State

**HON. CAROLYN DELANEY**
**U.S. Magistrate Judge**
Name and Title of Judge                    Signature of Judge

| **RETURN** | **Case Number:** | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____
Signature of Affiant

Subscribed, sworn to, and returned before me this date.

_____          _____
Signature of Judge                                Date

# ATTACHMENT A

## Property to Be Searched

All information stored at the premises owned, maintained, controlled, and or operated by GOOGLE, including Google Adwords, an internet company located at 1600 Amphitheater Parkway, Mountain View, CA 94043.

**ATTACHMENT B**

**Information to be searched for and seized includes the following.**

1. All records and other information, including all files, databases, and database records stored by GOOGLE, including deleted recovered information, relating for all Google Adwords accounts (the "Accounts") associated with the following:

    a. Website domains: www.1800iflowers.com, fromyoufiowers.com, ibloomstoday.com, iflora2000.com, iflowersusa.com, iproflowers.com, justfiowers.com, telefiora.com, usafiorist.com, and usafloweronline.com, greencabusa.info, greentaxiusa.info, metrocabusa.info, towncabservices.info, yellowcabusa.info, igeneral.info, autogeneral.info, egeneral.info, ogeneral.info, and usageneral.info.

    b. Names: Yasir Mehmood, Burak O., Megan B., Harry V., Scott B., Elizabeth S., Quynh N., Kristen W., Jane P., Justin C.

    c. Access device numbers: ending 4001, 6149, 7702, 2915, 4189, 6762

    d. Email addresses: khan786002@yahoo.com, burak.ozyigit@yahoo.com, dell555xps1000@yahoo.com, dell555xps1002@yahoo.com, dell555xps1003@yahoo.com, dell555xps1006@yahoo.com, dell555xps1010@yahoo.com, ifreedeliveryflowers@yahoo.com, rajaranipkusa@yahoo.com, ifloraa@yahoo.com,

    e. Physical addresses: PO Box 237, Sacramento, CA and PO BOX 5064, Oakland, CA

    f. IP address 98.208.26.9

    g. Telephone numbers (510) 239-6191 and (415) 525-0334

2. All records and other information that identifies individuals associated with the Accounts, including names, addresses, telephone numbers, e-mail addresses, business information, web-address for the website to be advertised, the length of service (including start date), customer location information (such as IP address or GPS coordinates), means of interfacing with GOOGLE, means and source of payment for services (including any credit card or bank account number), and information about any online advertising services purchased.

3. All records and other information pertaining to the types or terms of service relating to the Accounts' including but not limited to search word and key word information for the online ads, financial parameters for the online ads, and geographical parameters for the online ads, and all websites associated with the Accounts.

4. All records and other information relating to the results of the advertising associated with the Accounts. Such information may include, but is not limited to, performance results, information on clicks and impressions, and conversion tracking information.

5. All records and other information relating to actions take to identify or investigate fraud and/or suspected fraud relating to the Accounts.

6. All communications between GOOGLE and any person relating to the Accounts. Such records and communications shall include identifiers, contacts, support services and records of any and all actions taken.

The United States is authorized and shall in executing this warrant provide Google complete victim names and access device numbers and related information, all to facilitate execution of this authorized search.

Attachment B                                                                                                                         2